UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Joseph Ramacca

                                         Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

15-CR-111 (JGK)

Defendant ___Joseph Ramacca_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

_X_    Plea and Sentencing


/s/ Joseph Ramacca
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ Marisa K. Cabrera
_____
Defendant's Counsel's Signature


Joseph Ramacca
_____
Print Defendant's Name

Marisa K. Cabrera
_____
Print Counsel's Name


This proceeding was conducted by reliable video or ~~telephone~~ conferencing technology.

12/18/20
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge